# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-1538

———————————————

Jose Rene Cano,

   Appellant,

v.

State of Florida,

   Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

June 13, 2024

Per Curiam.

   Affirmed.

Kelsey, Winokur, and Nordby, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Mr. Cano, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.